DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

15 DECEMBER 2015

| | | | |
|---|---|---|---|
| 368P15 | Johnnie Wilkes, Employee v. City of Greenville, Employer, Self-Insured (PMA Management Group, Third-Party Administrator) | 1. Def's Motion for Temporary Stay (COA14-1193)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **11/12/2015**<br><br>2.<br><br>3. |
| 374P15 | State v. Matthew Ray Hooks | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-212)<br><br>2. Def's Petition for *Writ of Certiorari* to Review Decision of COA | 1. Dismissed<br><br>2. Denied |
| 375A15 | Dabeeruddin Khaja v. Fatima Husna | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-701)<br><br>2. Plt's Motion to Dismiss Def's Notice of Appeal<br><br>3. Plt's Motion to Dismiss Appeal<br><br>4. Def's *Pro Se* Motion for Temporary Stay<br><br>5. Def's *Pro Se* Petition for *Writ of Supersedeas* | 1. ---<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Denied **11/25/2015**<br><br>5. Dismissed as moot |
| 378P09-2 | State v. Kawamie Shonta Cole | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel<br><br>4. Def's *Pro Se* Motion to Amend Petition for *Writ of Certiorari* with Addendum | 1. Denied<br><br>2. Allowed<br><br>3. Dismissed as moot<br><br>4. Allowed<br><br>**Jackson, J., recused** |
| 379P15 | State v. Jesus Rafael Rodriguez | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP15-794)<br><br>2. Def's *Pro Se* Motion for PDR | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| 380P15 | State v. Deonza Lamar Carmichael | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 381P15 | State v. Jeremie Labrandon Stevenson | Def's *Pro Se* Motion for PDR (COA10-1313) | Denied<br><br>**Ervin, J., recused** |